IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. 2:16-cv-00193 |
| SUBWAY SANDWICH SHOPS, INC., SUBWAY SUBS, INC., FRANCHISE WORLD HEADQUARTERS, LLC d/b/a SUBWAY RESTAURANTS d/b/a SUBWAY, and DOCTOR'S ASSOCIATES, INC., | § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## UNOPPOSED MOTION FOR DIMISSAL WITHOUT PREJUDICE

The plaintiff LOCATION SERVICES IP, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims in this action against defendant Subway Sandwich Shops, Inc. WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

May 12, 2016                                       Respectfully submitted,

                                                  /s/ *John J. Edmonds*
                                                  John J. Edmonds – Lead Counsel
                                                     jedmonds@ip-lit.com
                                                     Texas Bar No. 789758
                                                Stephen F. Schlather
                                                     sschlather@ip-lit.com
                                                     Texas Bar No. 24007993
                                                Shea N. Palavan
                                                     spalavan@ip-lit.com
                                                     Texas Bar No. 24083616
                                                Brandon G. Moore
                                                     bmoore@ip-lit.com
                                                     Texas Bar No. 24082372
                                                **COLLINS, EDMONDS,**
                                                **SCHLATHER & TOWER, PLLC**
                                                1616 South Voss Road, Suite 125
                                                Houston, Texas 77057
                                                Telephone: (281) 501-3425
                                                Facsimile: (832) 415-2535

                                                *Attorneys for Plaintiff,*
                                                *Location Services IP, LLC*

## CERTIFICATE OF CONFERENCE

      I have conferred with opposing counsel, and they have confirmed that this Motion is unopposed.

May 12, 2016                                       /s/ *John J. Edmonds*
                                                                John J. Edmonds

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

May 12, 2016                                       /s/ *John J. Edmonds*
                                                                John J. Edmonds